**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**JOHNNIE GARVIN,**

**Plaintiff,**

**v.** **Case No. 5:26cv10-MCR/MJF**

**CITY OF MARIANNA, FLORIDA, et al.,**

**Defendants.**

______________________________/

# ORDER

The Magistrate Judge issued a Report and Recommendation dated May 27, 2026. ECF No. 32. The Court has furnished Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 32, is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for failure to comply with Rules 8 and 10 of the Federal Rules of Civil Procedure.

3. All pending motions are denied as moot.

4. The clerk is directed to close the case file.

**DONE AND ORDERED** this 5th day of October 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**